No. 874.   MARSHALL v. RUSSELL, EXECUTRIX, ET AL. Sup. Ct. Ga.   Certiorari denied.   *G. Hughel Harrison* and *Thomas M. Odom* for petitioner.

No. 882.   WRIGHT v. PRESS PUBLISHING CO. ET AL. Sup. Ct. N. J.   Certiorari denied.   *Walter C. Wright, Jr.,* petitioner, *pro se.*   *Saul W. Arkus* and *Harry Green* for respondents.

No. 887.   UNITED STATES RUBBER CO. v. UNDERWATER STORAGE, INC.   C. A. D. C. Cir.   Certiorari denied.   *Robert F. Conrad* and *Harvey E. Bumgardner, Jr.,* for petitioner.   *Robert E. Sher* and *Abraham J. Harris* for respondent.

No. 890.   GRAY v. NORTH CAROLINA.   Sup. Ct. N. C. Certiorari denied.   Petitioner *pro se.*   *Thomas Wade Bruton,* Attorney General of North Carolina, and *Theodore C. Brown, Jr.,* for respondent.

No. 897.   IRISH, DBA RUSSELL L. IRISH INVESTMENTS v. SECURITIES AND EXCHANGE COMMISSION.   C. A. 9th Cir.   Certiorari denied.   *Harvey Erickson* for petitioner. Solicitor General *Marshall, Philip A. Loomis, David Ferber* and *Edward B. Wagner* for respondent.

No. 851.   MILLER v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   *Marvin M. Karpatkin* and *Osmond K. Fraenkel* for petitioner.   Solicitor General *Marshall,* Assistant Attorney General *Vinson* and *Beatrice Rosenberg* for the United States.